## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Leo J. Hurley, Jr.
Jonathan P. McHenry
Jeffrey P. Mongiello
Connell Foley LLP
Harborside 5
185 Hudson Street, Suite 2510
Jersey City, NJ 07311
201.521.1000
201.521.0100
Attorneys for Defendants, JEFFREY C. SMITH, STEVEN L. HADLOCK, SAHILY PAOLINE, DAVID GRANT, & BLAINE SMITH

| | |
|---|---|
| LIFESCAN INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>            Plaintiffs,<br><br>            vs.<br><br>JEFFREY C. SMITH, GEOFFREY S. SWINDLE, STEVEN L. HADLOCK, SAHILY PAOLINE, DAVID GRANT, JUSTIN LEAVITT, BLAINE SMITH, ALISON WISTNER, ADAM KOOPERSMITH & ZB, N.A.,<br><br>            Defendants. | Civil Action No.<br>2:17-CV-05552-CCC-CLW<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2), FED. R. CIV. P. 12(B)(3), AND FED. R. CIV. P. 12(B)(6)** |

**PLEASE TAKE NOTICE** that on February 5, 2018, or as soon thereafter as counsel may be heard, Connell Foley LLP, attorneys for defendants, Jeffrey C. Smith, Steven L. Hadlock, Sahily Paoline, David Grant, and Blaine Smith, shall move before the Honorable Claire C. Cecchi, U.S.D.J., United States District Court, at the Martin Luther King Jr., Federal Building and Courthouse, Newark, New Jersey for the entry of an Order Dismissing Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6) and for other such relief the Court deems necessary and appropriate under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the Memorandum of Law in Support of the Defendants' Motion to Dismiss the First Amended

4215012-2

Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6), and any reply submissions filed hereafter.  A Proposed Form of Order also accompanies this motion.

|  |  |
|---|---|
| BY: | *s/ Leo J. Hurley, Jr.* |
|  | Leo J. Hurley, Jr. |
|  | Jonathan P. McHenry |
|  | Jeffrey P. Mongiello |
|  | Connell Foley LLP |
|  | Harborside 5 |
|  | 185 Hudson Street, Suite 2510 |
|  | Jersey City, NJ 07311 |
|  | 201.521.1000 |
|  | 201.521.0100 |
|  | *Attorneys for Defendants, JEFFREY C. SMITH, STEVEN L. HADLOCK, SAHILY PAOLINE, DAVID GRANT, & BLAINE SMITH* |

DATE:   January 3, 2018