UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Mary Sue Henifin, Esq.
Lauren Adornetto Woods, Esq.
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
700 Alexander Park, Suite 300
Princeton, New Jersey 08540-6347
609-987-6803
Attorneys for Defendant,
 Geoffrey S. Swindle

| | |
|---|---|
| LIFESCAN INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY C. SMITH, GEOFFREY S. SWINDLE, STEVEN L. HADLOCK, SAHILY PAOLINE, DAVID GRANT, JUSTIN LEAVITT, BLAINE SMITH, ALISON WISTNER, ADAM KOOPERSMITH & ZB, N.A.,<br><br>Defendants. | Civil Action No. 2:17-CV-05552-CCC-CLW<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2), FED. R. CIV. P. 12(B)(3), AND FED. R. CIV. P. 12(B)(6)** |

PLEASE TAKE NOTICE that on March 5, 2018, or as soon thereafter as counsel many be heard, Buchanan, Ingersoll & Rooney, P.C., attorneys for Defendant Geoffrey S. Swindle, shall move before the Honorable Claire C. Cecchi, U.S.D.J., United States District Court, at the Martin Luther King, Jr., Federal Courthouse, Newark, New Jersey, for the entry of an Order Dismissing Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3) and 12(b)(6) and for other such relief the Court deems necessary and appropriate under circumstances.

PLEASE TAKE FURTHER NOTICE that Defendant shall rely upon the Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint pursuant to

2

Fed. R. Civ. P. 12(b)(2), 12(b)(3) and 12(b)(6), and any reply submissions filed hereafter. A Proposed Form of Order also accompanies this Motion.

                                                s/Mary Sue Henifin
                                                Mary Sue Henifin

Dated: February 9, 2018