Liza M. Walsh
Stephen V. Falanga
Christopher M. Hemrick
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
(973) 757-1100

*Attorneys for Defendant,*
*ZB, N.A. (d/b/a Zions First National Bank)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY C. SMITH; GEOFFREY S. SWINDLE; STEVEN L. HADOCK; SAHILY PAOLINE; DAVID GRANT; JUSTIN LEAVITT; BLAINE SMITH; ALISON WISTNER; ADAM KOOPERSMITH; & ZB, N.A.;<br><br>Defendants. | Civil Action No. 2:17-cv-5552 (CCC/CLW)<br><br>**CERTIFICATION OF ROBERT W. BOYD IN SUPPORT OF DEFENDANT ZB N.A.'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, TO DISMISS OR STAY THIS ACTION**<br><br>*Filed Electronically* |

ROBERT W. BOYD, of full age, hereby certifies as follows:

1. I am an Executive Vice President of ZB, N.A. (d/b/a Zions First

National Bank) ("Zions"), which is named as a defendant in the above-captioned case.

2. I submit this certification in my capacity as Executive Vice President of Zions in support of Zions' Motion to Transfer Venue or, Alternatively, to Dismiss or Stay This Action (the "Motion").

3. Based on Zions' initial review to date, Zions' current employees who may have knowledge of Zions' lending relationship with borrower, Alliance Medical Holdings, LLC ("Alliance"), including, without limitation, the loan documents relating thereto, and the matters at issue in this action, are in Utah.

4. Based on Zions' initial review to date, the documents and information in Zions' possession, custody or control that may relate to Zions' lending relationship with Alliance, and the matters at issue in this action, are in Utah.

[*Signature on Following Page*]

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2018

_____
ROBERT W. BOYD