UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFESCAN INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY C. SMITH, GEOFFREY S. SWINDLE, STEVEN L. HADLOCK, SAHILY PAOLINE, DAVID GRANT, JUSTIN LEAVITT, BLAINE SMITH, ALISON WISTNER, ADAM KOOPERSMITH & ZB, N.A., <br><br> Defendants. | Case No.:2:17-CV-05552-CCC-CLW <br><br> CERTIFICATION OF OLAJIDE A. ARAROMI, ESQ., IN SUPPORT OF WISTNER AND KOOPERSMITH'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT |

**OLAJIDE A. ARAROMI, ESQ.** of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of Chiesa Shahinian Giantomasi PC, attorneys for Defendants Alison Wistner and Adam Koopersmith, (collectively, "External Director Defendants") in the above matter. I make this Certification in support of the External Director Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Wistner's Response to Plaintiffs' First

7570566.1

Interrogatories, dated April 5, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Koopersmith's Response to Plaintiffs' First Interrogatories, dated April 5, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of the unpublished decision in *Advanced Oral Techs., L.L.C. v. Nutres Research, Inc.*, CIV 10-5303 DRD, 2011 WL 198029 (D.N.J. Jan. 20, 2011).

5. Attached hereto as Exhibit 4 is a true and correct copy of the unpublished decision in *Canfield Scientific, Inc. v. Melanoscan, LLC*, No. 16-4636, 2017 WL 2304644 (May 25, 2017 D.N.J.).

6. Attached hereto as Exhibit 5 is a true and correct copy of the unpublished decision in *Equiom (Isle of Man) Ltd. v. Jacobs*, CV 16-4362, 2017 WL 6550481 (D.N.J. Dec. 22, 2017).

7. Attached hereto as Exhibit 6 is a true and correct copy of the unpublished decision in *Kaminski v. Twp. of Toms River*, CIV.A. 10-2883 FLW, 2011 WL 2600920 (D.N.J. June 29, 2011).

8. Attached hereto as Exhibit 7 is a true and correct copy of the unpublished decision in *Knierim v. Siemens Corp.*, CIV.A. 06-4935SDW, 2008 WL 906244 (D.N.J. Mar. 31, 2008).

9. Attached hereto as Exhibit 8 is a true and correct copy of the unpublished decision in *Nicholas v. Saul Stone &*

7570566.1

Co., LLC, 97-CV-860, 1998 WL 34111036 (D.N.J. June 30, 1998), aff'd, 224 F.3d 179 (3d Cir. 2000).

10. Attached hereto as Exhibit 9 is a true and correct copy of the unpublished decision in *Norben Imp. Corp. v. Metro. Plant & Flower Corp.*, CIV.A. 05-54 (JCL), 2005 WL 1677479 (D.N.J. July 15, 2005).

11. Attached hereto as Exhibit 10 is a true and correct copy of the unpublished decision in *Novartis Pharm. Corp. v. Bausch & Lomb, Inc.*, No. 07-5945, 2008 WL 4911868 (D.N.J. Nov. 13, 2008).

12. Attached hereto as Exhibit 11 is a true and correct copy of the unpublished decision in *Roche Diagnostics Corp. v. Binson's Hosp. Supplies, Inc.*, No. 1:17-CV-00949, 2017 WL 4123050 (S.D. Ind. Sept. 18, 2017).

13. Attached hereto as Exhibit 12 is a true and correct copy of the unpublished decision in *SDS USA Inc. v. Ken Specialties, Inc.* 2002 U.S. Dist. LEXIS 16762 (D.N.J. Aug. 28, 2002).

I hereby certify that the above statements made by me are true. I am aware that, if any of the above statements made by me are willfully false, I am subject to punishment.

7570566.1

                    CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendants Alison Wistner and Adam Koopersmith*

By _____
     OLAJIDE A. ARAROMI

Dated: June 1, 2018

4

7570566.1