## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., | : : : | Civil Action No.: 2:17-CV-05552-CCC-CLW |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | **REPLY CERTIFICATION OF** |
| JEFFERY C. SMITH, GEOFFREY S. | : | **NICOLE G. McDONOUGH, ESQ. IN** |
| SWINDLE, STEVEN L. HADLOCK, | : | **FURTHER SUPPORT OF** |
| SAHILY PAOLINE, DAVID GRANT, | : | **DEFENDANT JUSTIN LEAVITT'S** |
| JUSTIN LEAVITT, BLAINE SMITH, | : | **MOTION TO DISMISS** |
| ALISON WISTNER, ADAM | : | **PLAINTIFFS' FIRST AMENDED** |
| KOOPERSMITH, and ZB, N.A., | : | **COMPLAINT PURSUANT TO** |
| | : | **FED. R. CIV. P. 12(b)(2),** |
| Defendants. | : | **FED. R. CIV. P. 12(b)(3), AND FED.** |
| | : | **R. CIV. P. 12(b)(6)** |
| | : | |

I, Nicole G. McDonough, Esq., of full age, hereby certify and state as follows:

1.     I am an attorney at Archer & Greiner, P.C., counsel to Defendant Justin Leavitt in this matter.  I  am an attorney responsible for this matter and have personal knowledge of the facts set forth herein.  I submit this Reply Certification in further support of Defendant Justin Leavitt's Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6).

2.     A copy of the referenced pages of the transcript of the deposition of Masum Amin taken on April 12, 2018, are attached hereto as **Exhibit A**.

3.     A copy of the referenced pages of the transcript of the deposition of Robert Bucco taken on April 6, 2018, are attached hereto as **Exhibit B**.

4.     A copy of the referenced pages of the transcript of the deposition of Dow Jones taken on April 25, 2018, are attached hereto as **Exhibit C**.

1

5.      A copy of Defendant Justin Leavitt's Objections and Answers to Plaintiffs' First

Set of Interrogatories, are attached hereto as **Exhibit D**.

6.      A copy of Defendant Justin Leavitt's Responses to Plaintiffs' First Request for

Admissions, are attached hereto as **Exhibit E**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  June 1, 2018                     **ARCHER & GREINER P.C.**


By:     /s/ Nicole G. McDonough
        Nicole G. McDonough (NM 5221)
        Court Plaza South, West Wing
        21 Main Street, Suite 353
        Hackensack, New Jersey 07601
        (201) 342-6000
        nmcdonough@archerlaw.com
        *Attorneys for Defendant, Justin Leavitt*


214563909v1