UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Newark Vicinage

| | |
|---|---|
| LIFESCAN, INC.,<br>    Plaintiff,<br>v.<br>JEFFREY C. SMITH, ET AL.<br>    Defendants. | Civil Action No. 2:17-CV-05552-CCC-CLW<br><br>*Filed Electronically*<br><br>**CERTIFICATE OF SERVICE** |

  The foregoing Letter dated June 11, 2020 was filed electronically on this day of June 11, 2020. Notice of this filing will be sent to all attorneys of record by the Court's CM/ECF system.

          BY: s/ Mary Sue Henifin
             Mary Sue Henifin, Esq.
             Andrew G. Hope, Esq.
             Buchanan Ingersoll & Rooney P.C.
             700 Alexander Park, Suite 300
             Princeton, New Jersey 08540-6347
             609-987-6800

             Attorneys for Defendant
              Geoffrey S. Swindle

DATE: June 11, 2020