**Buchanan Ingersoll & Rooney** PC

**Mary Sue Henifin**
609 987 6803
mary.henifin@bipc.com

700 Alexander Park Dr.
Suite 300
Princeton, NJ 08540
T 609 987 6800
F 609 520 0360
www.buchananingersoll.com

August 28, 2020

*VIA ECF*

Honorable Claire Cecchi
United States District Court
District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

    Re:   *Lifescan, Inc. v. Smith, et al.*, Civil Action No. 2:17-cv-05552-CCC-CLW

Dear Judge Cecchi:

    We represent Defendant Geoffrey S. Swindle in the above-referenced action. By this letter, we hereby withdraw Mr. Swindle's motion to dismiss Plaintiffs' Second Amended Complaint Pursuant to FRCP 12(b)(2), 12(b)(3), and 12(b)(6). *See* Dkt. No. 347.

    In addition, please be advised that Mr. Swindle consents to venue in the United States District Court for the District of New Jersey and prefers that his matter remained venued in this district.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ *Mary Sue Henifin*

    Mary Sue Henifin

cc:    All counsel of record (via ECF)
        Magistrate Judge Mark Falk (via ECF)

**Buchanan Ingersoll & Rooney** PC