# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFESCAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY C. SMITH *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-05552-CCC-MF |

## STIPULATION OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT GEOFFREY S. SWINDLE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated by and between the undersigned attorneys for Plaintiff LifeScan, Inc. and the undersigned attorneys for Defendant Geoffrey S. Swindle that the above-titled action is discontinued and the Second Amended Complaint is dismissed without prejudice as to Defendant Geoffrey S. Swindle. Each party shall bear its own costs.

DATED:     September 2, 2020

| | |
|---|---|
| */s/ Peter C. Harvey* | */s/ Mary Sue Henifin* |
| Peter C. Harvey | Mary Sue Henifin |
| Geoffrey Potter | BUCHANAN INGERSOLL & ROONEY PC |
| Aron Fischer | 700 Alexander Park Drive, Suite 300 |
| Nicholas R. Hartmann | Princeton, New Jersey 08540 |
| PATTERSON BELKNAP WEBB & TYLER LLP | Tel.: 609-987-6800 |
| 1133 Avenue of the Americas | Fax: 609-520-0360 |
| New York, NY 10036-6710 | mary.henifin@bipc.com |
| Tel.: 212-336-2000 | |
| Fax: 212-336-2222 | Christopher M. Von Maack |
| pcharvey@pbwt.com | MCNEILL VON MAACK |
| gpotter@pbwt.com | 175 South Main Street, Suite 1050 |
| afischer@pbwt.com | Salt Lake City, UT 84111 |
| nhartmann@pbwt.com | Tel.: 801-823-6464 |
| | Fax: 801-823-6466 |
| *Attorneys for Plaintiff LifeScan, Inc.* | vonmaack@mvmlegal.com |
| | |
| | *Attorneys for Defendant Geoffrey S. Swindle* |