# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFESCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY C. SMITH, *et al.*, <br><br> Defendants. | Civil Action No. <br> 2:17-cv-5552-CCC-JSA |
| ROCHE DIAGNOSTICS CORP. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY C. SMITH, *et al.*, <br><br> Defendants. | Civil Action No. <br> 2:19-cv-08761-CCC-JSA <br><br> **REVISED DISCOVERY SCHEDULING ORDER** |

**THIS MATTER** having been opened to the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.), the Special Master appointed in the above matters, by way of the Defendants and Third-Party Defendants application seeking to amend the discovery schedule; and the Special Master having considered all submissions related thereto; and for good cause shown,

**IT IS** on this 20th day of December, 2023:

**ORDERED** that the discovery schedule is amended as set forth herein:

1

| Discovery | Prior Deadline | Amended Deadline |
|---|---|---|
| **Deadline to Complete Fact Depositions/Fact Discovery** | **December 15, 2023** | **May 31, 2024** |
| **Deadline to Complete Expert Discovery** | **April 30, 2024** | **May 31, 2024** |
| **Deadline to Disclose Affirmative Expert Reports** | **January 14, 2024** | **February 28, 2024** |
| **Deadline to Disclose Rebuttal Expert Reports** | **February 14, 2024** | **April 15, 2024** |
| **Dispositive Motions Due** | **May 16, 2024** | **June 28, 2024** |
| **Opposition to Dispositive Motions Due** | **June 17, 2024** | **August 30, 2024** |
| **Reply Briefs Due** | **July 1, 2024** | **September 30, 2024** |
| **Joint Pretrial Order Due** | **August 2, 2024** | **November 1, 2024** |

*Dennis M. Cavanaugh*
Hon. Dennis M. Cavanaugh, U.S.D.J. (Ret.)

14747074v.1